UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 16-121-JWD-EWD |
| | : | |
| versus | : | 18 U.S.C. § 2 |
| | : | 18 U.S.C. § 242 |
| SCOTTY KENNEDY | : | 18 U.S.C. § 371 |

## BILL OF INFORMATION FOR DEPRIVATION OF RIGHTS UNDER COLOR OF LAW AND CONSPIRACY TO OBSTRUCT JUSTICE

THE UNITED STATES ATTORNEY CHARGES:

At All Times Relevant to this Bill of Information:

1) The Louisiana State Penitentiary located in Angola, Louisiana ("LSP–Angola") was a state prison operated by the Louisiana Department of Public Safety and Corrections, the state agency responsible for the custody, control, care, and safety of inmates housed at LSP–Angola.

2) LSP–Angola was divided into different camps. Camp J was a punishment camp for inmates who had committed disciplinary infractions. Inmates at Camp J were housed in restrictive conditions, including solitary confinement. Camp J had five separate inmate housing units: "Shark," "Gator," "Cuda," "Bass," and "Gar." The Shark unit was composed of two buildings—Shark One and Shark Two— each of which contained two tiers where the inmates were housed, and one lobby where correctional officers were stationed. A concrete exterior breezeway connected the two buildings.

3) Camp J was run by four rotating shifts of Correctional Officers ("COs") referred to as the "A Team," the "B Team," the "C Team," and the "D Team." Defendant SCOTTY KENNEDY ("Defendant KENNEDY") was a supervisory member of the B Team, an employee of the Louisiana Department of Public Safety and Corrections, and a sworn correctional officer.

4) Inmate J.S. was an inmate housed in solitary confinement in the right tier of Shark One housing unit at Camp J.

5) Each of these allegations is hereby referenced and incorporated into each count of this Bill of Information.

## COUNT ONE

6) On or about January 4, 2014, in the Middle District of Louisiana, Defendant SCOTTY KENNEDY, while acting under color of law and while aiding and abetting other correctional officers known and unknown to the United States Attorney, willfully deprived Inmate J.S. of the right, secured and protected by the Constitution and laws of the United States, to be free from cruel and unusual punishment. Specifically, Defendant KENNEDY failed to intervene to protect Inmate J.S. from being physically assaulted by other correctional officers while Inmate J.S. was handcuffed and shackled. This offense resulted in bodily injury to Inmate J.S.

The above is a violation of Title 18, United States Code, Sections 242 and 2.

## COUNT TWO

7) On or about January 4, 2014, and continuing through January 11, 2014, in the Middle District of Louisiana, Defendant SCOTTY KENNEDY knowingly and willfully

combined, conspired, and agreed with other persons known and unknown to the United States Attorney to commit the following offenses against the United States:

    a)    To knowingly falsify and make a false entry in a record and document with the intent to impede, obstruct, and influence the investigation and proper administration of a matter within federal jurisdiction, and in relation to and in contemplation of such a matter, in violation of 18 U.S.C. § 1519; and

    b)    To knowingly corruptly persuade, attempt to corruptly persuade, and engage in misleading conduct toward, another person with the intent to hinder, delay, and prevent the communication to a federal law enforcement officer and judge of truthful information relating to the commission and possible commission of a federal offense, in violation of 18 U.S.C. § 1512(b)(3).

### Plan and Purpose of the Conspiracy

11)    It was the plan and purpose of the conspiracy for Defendant KENNEDY and his co-conspirators to cover up the unjustified assault on Inmate J.S. by engaging in a variety of obstructive acts, including preparing and filing reports documenting a false cover story, falsifying LSP–Angola records to corroborate that false cover story, tampering with witnesses and physical evidence, and repeating that false cover story to anyone inquiring about the incident.

### Overt Acts Committed in Furtherance of the Conspiracy

12)    In furtherance of this conspiracy and to effect the objects thereof, Defendant KENNEDY and other members of the conspiracy committed the following overt acts, among others, in the Middle District of Louisiana:

    a.    On or about January 4, 2014, Defendant KENNEDY met with Officers A, C, and D, to discuss how to cover up the physical assault of Inmate J.S. The conspirators decided that in light of Inmate J.S.'s significant injuries, they could not plausibly deny that there had been some kind of physical confrontation between Inmate J.S. and the correctional officers. The conspirators devised a false cover story: (a) that Inmate J.S. was out of his cell and was spitting on and fighting with Defendant KENNEDY; (b) that Defendant KENNEDY, and only Defendant KENNEDY, used knee strikes, and no other force, to get Inmate J.S. under control; (c) that Officer A witnessed Defendant KENNEDY's use of force and concluded that it was reasonable and necessary to get Inmate J.S. under control; and (d) that Officers C and D were not present during the altercation. The conspirators decided to falsely document that Defendant KENNEDY was the only correctional officer who used force during the January 4, 2014, incident, because Officers A and C had several excessive force complaints against them, and the conspirators believed that internal investigators would view allegations against Defendant KENNEDY, who had a clean record, with less scrutiny. The conspirators agreed that they would not document a second assault on Inmate J.S., which occurred on the concrete walkway outside of the Shark unit later on January 4, 2014, because that beating was not witnessed by other inmates; and

b) Defendant KENNEDY and his co-conspirators engaged in a variety of obstructive acts, including preparing and filing reports documenting the false cover story, falsifying LSP–Angola records to corroborate that false cover story, tampering with witnesses and physical evidence, and repeating that false cover story to anyone inquiring about the incident.

The above is a violation of Title 18, United States Code, Section 371.

UNITED STATES OF AMERICA, BY

_____     25 OCT 16
J. WALTER GREEN                        DATE
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF LOUISIANA


_____     10/27/16
FREDERICK A. MENNER, JR.               DATE
ASSISTANT UNITED STATES ATTORNEY
MIDDLE DISTRICT OF LOUISIANA


for _____ 10/27/16
CHRISTOPHER J. PERRAS                  DATE
TRIAL ATTORNEY
CIVIL RIGHTS DIVISION

# CRIMINAL COVER SHEET — U.S. District Court

**Place of Offense:**

City: __Angola__

County/Parish: __West Feliciana__

*Investigating Agency __FBI__
*Agent __Joshua Morrill__

**Matter to be sealed:** ☒ No ☐ Yes

**Related Case Information:**

Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant _____
Magistrate Case Number _____
Search Warrant Case No. _____
R 20/ R 40 from District of _____
Any Other Related Cases: _____

**Defendant Information:**

Defendant Name __Scotty Kennedy__
Alias
Address
Birthdate _____  SS # _____  Sex **Male**  Race **White**  Nationality _____

**U.S. Attorney Information:**

AUSA __Frederick A. Menner, Jr.__  Bar # __19707__

Interpreter: ☒No ☐Yes  List language and/or dialect: _____

**Location Status:**

Arrest Date _____
____ Already in Federal Custody as of _____
____ Already in State Custody
____ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: __2__

| Index Key/Code | Description of Offense Charged | Count(s) | Petty/Misdemeanor/Felony |
|---|---|---|---|
| 18:242 | Deprivation of rights under color of law | 1 | F |
| 18:371 | Conspiracy to obstruct justice | 1 | F |

(May be continued on second sheet)

Date: __10/27/16__   Signature of AUSA: _Frederick A. Menner, Jr._

District Court Case Number (To be filled in by deputy clerk): _____